JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
JOHN SIGNORELLI, ET AL,           )
                                  )
               Plaintiff,         )
                                  )
     -v-                          )    Case No. SACV10-1522-DOC(MLGx)
                                  )
CENTRAL PORTFOLIO CONTROL, INC.,  )        ORDER DISMISSING
ET AL,                            )           CIVIL ACTION
               Defendants.        )
_____)
```

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: January 5, 2011

*David O. Carter*
_____
      DAVID O. CARTER
United States District Judge